(97 South. 686)

Ex parte Tom JIMMERSON.   (4 Div. 88.)

(Supreme Court of Alabama.  Oct. 11, 1923.)

Certiorari to Court of Appeals.

McDowell & McDowell, of Eufaula, for petitioner.

Harwell G. Davis, Atty. Gen., opposed.

MILLER, J. Petition of Tom Jimmerson for certiorari to the Court of Appeals to review and revise the judgment and decision of said court in the case of Jimmerson v. State, 19 Ala. App. 305, 97 South. 686 (4 Div. 664).

Writ denied.